# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Megan Fields　　　　　Date: November 16, 2012
Court Reporter: Janet Coppock　　　　　　Time: 55 minutes

**CASE NO.  10-cv-02411-PAB-CBS**

<u>Parties</u>　　　　　　　　　　　　　　　<u>Counsel</u>

**ROSEMARY NIKKEL,**　　　　　　　　　Craig Ehrlich
　　　　　　　　　　　　　　　　　　　　Tracey Tiedman
　　　　Plaintiff,

vs.

**WAKEFIELD & ASSOCIATES, INC.,**　　Joseph Lico
　　　　　　　　　　　　　　　　　　　　Steven Wienczkowski
　　　　Defendant.　　　　　　　　　　　James Therrell IV

## TRIAL PREPARATION CONFERENCE

**9:09 a.m.**　　**COURT IN SESSION**

Appearances of Counsel.

Matter set for three-day jury trial, set to commence December 10, 2012 at 8:00 a.m.

Defendant's Motion in Limine (Doc. # 49) filed 11/2/2012

**ORDERED:** Defendant's Motion is Limine (Doc. #49) is **GRANTED.**

Page Two
10-cv-02411-PAB
Trial Preparation Conference
November 16, 2012

Defendant's Motion in Limine (Doc. #48) filed 11/2/2012.

Argument by Mr. Wienczkowski.

Argument by Mr. Ehrlich.

Further argument by Mr. Wienczkowski

Further argument by Mr. Ehrlich.

**ORDERED:** Plaintiff's Motion in Limine (Doc. #48) is **GRANTED in part.**

Defendant's Motion in Limine (Doc. #47) filed 11/2/2012.

Comments by Mr. Wienczkowski.

**ORDERED:** Defendant's Motion in Limine (Doc #47) is **WITHDRAWN.**

Court and counsel discuss Judge Brimmer's Practice Standards, jury selection of 9, proposed voir dire, opening statements limited to 15 minutes, jury instructions, witnesses, and exhibits.

Mr. Ehrlich raises issue regarding trial brief.

Comments by Mr. Wienczkowski.

Court comments on criminal trial set to commence same day.

Comments by Mr. Ehrlich.

Comments by Mr. Wienczkowski.

**ORDERED:** Three-day Jury Trial continues to be set for **December 10, 2012 at 8:00 a.m.**

**10:04 a.m.  COURT IN RECESS**

**Total in court time: 55 minutes**

**Hearing concluded**